Form 3-1

       UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

---

**NUCOR CORPORATION,**

                         **Plaintiff,**

            v.

**UNITED STATES,**

                         **Defendant.**

Before: Hon. _____

Court No. 25-00107

---

**TO:**     The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                                  /s/ *Mario Toscano*
                                                                   Clerk of the Court

---

1. Plaintiff is Nucor Corporation. Plaintiff is a domestic producer of corrosion-resistant steel products, and thus is an interested party as defined by 19 U.S.C. § 1677(9)(C). Plaintiff was also a participant in the administrative review under review. Plaintiff therefore has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final results in the 2022 countervailing duty administrative review of *Certain Corrosion-Resistant Steel Products From the Republic of Korea*, 90 Fed. Reg. 21,002 (Dep't Commerce May 16, 2025). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(iii).
(Brief description of the contested determination)

3. May 9, 2025
(Date of determination)

4. May 16, 2025
(If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

                                                  Alan H. Price, Esq.
                                                  Christopher B. Weld, Esq.
                                                  Tessa V. Capeloto, Esq.
                                                  Adam M. Teslik, Esq.
                                                  Jacob A. Garten, Esq.

                                                  **WILEY REIN LLP**
                                                  2050 M Street, NW
                                                  Washington, DC 20036
                                                  (202) 719-7000
                                                  WileyTrade@wiley.law

_/s/Alan H. Price_
Signature of Plaintiff's Attorney

June 12, 2025
Date

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230